UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

NUANCE COMMUNICATIONS, INC.

 Plaintiff,

v. Civil Action No.: 08-C-0042-S

ABBYY SOFTWARE HOUSE,

ABBYY USA SOFTWARE HOUSE, INC.,

LEXMARK INTERNATIONAL, INC.,

 Defendants.

### ORDER REGARDING MOTION FOR ADMISSION PRO HAC VICE

The Motion by Plaintiff, Nuance Communications, Inc., for the admission *pro hac vice* of Attorneys Ron E. Shulman, James C. Otteson, M. Craig Tyler, Tung-On Kong and Woo. J. Kim is hereby GRANTED.

Dated this 24th day of January, 2008.

 JOHN C. SHABAZ
 United States District Judge

Copy of this document has been provided to: all counsel
via e-mail
this 25 day of Jan, 20 08
by: M. Hardin
M. Hardin, Secretary to
Judge John C. Shabaz