UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

NUANCE COMMUNICATIONS, INC.

      Plaintiff,

      v.                          Civil Action No.: 08-C-0042-S

ABBYY SOFTWARE HOUSE,

ABBYY USA SOFTWARE HOUSE, INC.,

LEXMARK INTERNATIONAL, INC.,

      Defendants.

## ORDER REGARDING MOTION FOR ADMISSION PRO HAC VICE

The Motion by Plaintiff, Nuance Communications, Inc., for the admission *pro hac vice* of Attorneys Ron E. Shulman, James C. Otteson, M. Craig Tyler, Tung-On Kong and Woo. J. Kim is hereby GRANTED.

Dated this 24ᵗʰ day of _____ January _____ 2008.

JOHN C. SHABAZ
United States District Judge

Copy of this document has been
provided to: all counsel
via e-mail
this 15 day of Jan 20 08
by Hardin
M. Hardin, Secretary to
Judge John C. Shabaz